# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RALPH GAUDINO, ) | |
| ) | |
|       Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. _____ |
| ) | |
| SECURITAS SECURITY SERVICES ) | |
| USA, INC., ) | |
| ) | |
| and ) | |
| ) | |
| MARK BAKER ) | |
|       Defendants. ) | |

## NOTICE OF REMOVAL

Notice is hereby given that the above captioned action pending in the Superior Court for the District of Columbia, Civil Action No. 2018 CA 000800 B (the "State Action") is hereby removed to the United States District Court for the District of Columbia pursuant to 28 U.S.C. §§ 1441 and 1446 for the following reasons and grounds:

1. On January 31, 2018, the plaintiff filed a Complaint in the Superior Court for the District of Columbia naming Securitas Security Services USA, Inc. ("Securitas") and Mark Baker as defendants. The Complaint listed Baker's address as 4400 Massachusetts Ave., N.W., Apartment #330, Washington, D.C. 20016.

2. On April 4, 2018, the plaintiff filed a "Motion to Extend Time for Service upon Defendant Mark Baker" because he had not yet been able to make proper service on Baker, and his time to do so under the applicable rules had expired. Securitas received a copy of this Motion in the mail on April 10, 2018.

3. The plaintiff purports to have effected service of the Summons and Complaint on Securitas on March 26, 2018, on Securitas' registered agent at 1090 Vermont Avenue, N.W.,

Suite 910, Washington, DC 20005.  Securitas's registered agent does not have its office at the location supposedly served and does not employ a person by the name of the person described in the affidavit.  The office of Securitas' registered agent is actually located at 1015 15th Street, N.W., Suite 1000, Washington, DC 20005, and that office received no process in relation to this matter.  Nonetheless, Securitas learned of the lawsuit upon receipt of the plaintiff's motion for extension of time to serve Mr. Baker on April 10, 2018, and acquired a copy of the Complaint using online resources on or about April 12, 2018.  Because this Notice of Removal is filed within thirty (30) days of the *purported* service—the date reflected on the affidavit—it is not necessary to resolve the conflict between the service affidavit and the actual physical location of the registered agent's address.  In either event, this Notice is filed within the required time after receipt of the Summons and Complaint by service or otherwise.

4.  Copies of the Summons, Complaint, pleadings, motions, orders, and other documents filed in the State Action are attached.  No other pleadings have been filed and no other orders have been entered in the State Action.

5.  In his Motion to Extend Time, plaintiff stated that Baker is a current student at American University and has a home address at 57 Crosshill Road, Mahopac, New York 10541.  For the purposes of diversity jurisdiction, Baker is a citizen of New York: "The attendance by a citizen of one state of school in other state does not render per se …the student a citizen of the latter state for jurisdictional purposes." *Campbell v. Oliva*, 295 F. Supp. 616, 618 (E.D. Tenn. 1968).  "Since out-of-state students are often located in the state only for the duration of and for the purpose of their studies, they are generally presumed to lack the intention to remain in the state indefinitely." *Murphy v. Newport Waterfront Landing, Inc.*, 806 F. Supp. 322, 324 (D.R.I. 1992) (internal quotation marks omitted).

6. Securitas is organized under the laws of the state of Delaware and has its principal place of business in Parsippany, NJ.

7. Plaintiff is a citizen of the District of Columbia and resides at 3916 Yuma Street, Apartment #2, Washington, D.C. 20016.

8. The amount placed in controversy by the Complaint exceeds $75,000 exclusive of interest and costs.

9. This Court has subject matter jurisdiction over this action on the basis of complete diversity and the amount in controversy in accordance with 28 U.S.C. § 1332(a) and 1441(a) and (b).

10. Securitas has given the plaintiff and James D. McGinley, Clerk of the Superior Court for the District of Columbia, proper and timely notice of the filing of this Notice of Removal.

11. This Notice of Removal is signed by counsel pursuant to Rule 11 of the Federal Rules of Civil Procedure.

**SECURITAS SECURITY SERVICES USA, INC.**

By: _____/s/ James W. Walker_____
         Counsel

James W. Walker, Esq. (495552)
VANDEVENTER BLACK LLP
Riverfront Plaza – West Tower
901 E. Byrd Street, Suite 1600
Richmond, VA 23219
Telephone: (804) 237-8800
Fax: (804) 237-8801
jwalker@vanblacklaw.com
*Counsel for Defendant Securitas Security Services USA, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of April 2018, a true and exact copy of the foregoing Notice of Removal was served by mail on:

Joseph Cammarata, Esq.
1232 17th Street, N.W.
Washington, D.C. 20036
*Counsel for Plaintiff*

And mailed to:

Mark W. Baker
4400 Massachusetts Ave., N.W.
Apartment #330
Washington, D.C. 20016

And mailed to:

Mark W. Baker
57 Crosshill Road
Mahopac, New York 10541

and a true copy electronically filed with:

Hon. James D. McGinley
Clerk, Superior Court for the District of Columbia
500 Indiana Ave, N.W.
Washington, D.C. 20001

       /s/ James W. Walker
Counsel for Securitas Security Services USA, Inc.