Filed
D.C. Superior Court
01/31/2018 16:41PM
Clerk of the Court

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

INFORMATION SHEET

Ralph Gaudino

vs

Securitas Security Services USA, INC. & Mark Baker

Case Number: _____

Date: 01/22/18

[ ] One of the defendants is being sued
in their official capacity.

| | |
|---|---|
| Name: *(Please Print)*<br>Joseph Cammarata | Relationship to Lawsuit |
| Firm Name:<br>Chaikin Sherman Cammarata, Siegel P.C. | [ ] Attorney for Plaintiff |
| | [ ] Self (Pro Se) |
| Telephone No.:          Six digit Unified Bar No.:<br>(202) 659-8600          389254 | [ ] Other: _____ |

TYPE OF CASE:  [ ] Non-Jury       [X] 6 Person Jury       [ ] 12 Person Jury
Demand: $ 3,000,000.00                                         Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.:_____     Judge:_____     Calendar #:_____

Case No.:_____     Judge:_____     Calendar#:_____

---

NATURE OF SUIT:      *(Check One Box Only)*

**A. CONTRACTS**

| | | COLLECTION CASES |
|---|---|---|
| [ ] 01 Breach of Contract | [ ] 07 Personal Property | [ ] 14 Under $25,000 Pltf. Grants Consent |
| [ ] 02 Breach of Warranty | [ ] 09 Real Property-Real Estate | [ ] 16 Under $25,000 Consent Denied |
| [ ] 06 Negotiable Instrument | [ ] 12 Specific Performance | [ ] 17 OVER $25,000 |
| [ ] 15 Special Education Fees | [ ] 13 Employment Discrimination | |

**B. PROPERTY TORTS**

| | | |
|---|---|---|
| [ ] 01 Automobile | [ ] 03 Destruction of Private Property | [ ] 05 Trespass |
| [ ] 02 Conversion | [ ] 04 Property Damage | [ ] 06 Traffic Adjudication |
| [ ] 07 Shoplifting, D.C. Code § 27-102 (a) | | |

**C. PERSONAL TORTS**

| | | |
|---|---|---|
| [ ] 01 Abuse of Process | [ ] 09 Harassment | [ ] 17 Personal Injury- (Not Automobile, Not Malpractice) |
| [ ] 02 Alienation of Affection | [ ] 10 Invasion of Privacy | |
| [X] 03 Assault and Battery | [ ] 11 Libel and Slander | [ ] 18 Wrongful Death (Not Malpractice) |
| [ ] 04 Automobile- Personal Injury | [ ] 12 Malicious Interference | [ ] 19 Wrongful Eviction |
| [ ] 05 Deceit (Misrepresentation) | [ ] 13 Malicious Prosecution | [ ] 20 Friendly Suit |
| [ ] 06 False Accusation | [ ] 14 Malpractice Legal | [ ] 21 Asbestos |
| [ ] 07 False Arrest | [ ] 15 Malpractice Medical (Including Wrongful Death) | [ ] 22 Toxic/Mass Torts |
| [ ] 08 Fraud | [ ] 16 Negligence- (Not Automobile, Not Malpractice) | [ ] 23 Tobacco |
| | | [ ] 24 Lead Paint |

SEE REVERSE SIDE AND CHECK HERE [ ]   IF USED

# Information Sheet, Continued

**C. OTHERS**

- ☐ 01 Accounting
- ☐ 02 Att. Before Judgment
- ☐ 04 Condemnation (Emin. Domain)
- ☐ 05 Ejectment
- ☐ 07 Insurance/Subrogation
  Under $25,000 Pltf.
  Grants Consent
- ☐ 08 Quiet Title
- ☐ 09 Special Writ/Warrants
  (DC Code § 11-941)

- ☐ 10 T.R.O./ Injunction
- ☐ 11 Writ of Replevin
- ☐ 12 Enforce Mechanics Lien
- ☐ 16 Declaratory Judgment
- ☐ 17 Merit Personnel Act (OEA)
  (D.C. Code Title 1, Chapter 6)
- ☐ 18 Product Liability
- ☐ 24 Application to Confirm, Modify,
  Vacate Arbitration Award
  (DC Code § 16-4401)

- ☐ 25 Liens: Tax/Water Consent Granted
- ☐ 26 Insurance/ Subrogation
  Under $25,000 Consent Denied
- ☐ 27 Insurance/ Subrogation
  Over $25,000
- ☐ 28 Motion to Confirm Arbitration
  Award (Collection Cases Only)
- ☐ 26 Merit Personnel Act (OHR)
- ☐ 30 Liens: Tax/ Water Consent Denied
- ☐ 31 Housing Code Regulations
- ☐ 32 Qui Tam
- ☐ 33 Whistleblower

**II.**

- ☐ 03 Change of Name
- ☐ 06 Foreign Judgment
- ☐ 13 Correction of Birth Certificate
- ☐ 14 Correction of Marriage
  Certificate

- ☐ 15 Libel of Information
- ☐ 19 Enter Administrative Order as
  Judgment [ D.C. Code §
  2-1802.03 (h) or 32-1519 (a)]
- ☐ 20 Master Meter (D.C. Code §
  42-3301, et seq.)

- ☐ 21 Petition for Subpoena
  [Rule 28-I (b)]
- ☐ 22 Release Mechanics Lien
- ☐ 23 Rule 27(a) (1)
  (Perpetuate Testimony)
- ☐ 24 Petition for Structured Settlement
- ☐ 25 Petition for Liquidation

_____

Attorney's Signature

January 31, 2018

Date

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

RALPH GAUDINO                          :
3916 Yuma Street                       :
Apartment #2                           :
Washington, D.C. 20016                 :
                                       :
      Plaintiff,                       :
                                       :
      v.                               :        Case No.:
                                       :
SECURITAS SECURITY SERVICES            :
USA, INC.                              :
SERVE:                                 :
National Registered                    :
Agents, Inc.                           :
1090 Vermont Avenue, N.W.              :
Suite 910                              :
Washington, D.C. 20005                 :
                                       :
      and                              :
                                       :
MARK BAKER                             :
4400 Massachusetts Ave., N.W.          :
Apartment #330                         :
Washington, D.C. 20016                 :
                                       :
      Defendants.                      :

## COMPLAINT

COMES NOW the Plaintiff, Ralph Gaudino, by and through his

attorneys, Joseph Cammarata, Esquire, and the law firm of

Chaikin, Sherman, Cammarata, & Siegel, P.C., and respectfully

represents as follows:

## COUNT I

(Assault and Battery)

1.    This Court has jurisdiction over the within cause of action in that the incident complained of herein occurred in the District of Columbia.

2.    On or about February 11, 2017, at approximately 11:12 p.m., Plaintiff Ralph Gaudino was lawfully and properly present at his place of employment, the NBC office building located at 4001 Nebraska Avenue, N.W., in Washington, D.C., (hereinafter "the NBC office building").

3.    At all relevant times herein, Defendant Securitas Security Services USA, Inc., (hereinafter "Securitas Security"), acting by and through its agents, servants, or employees, provided security and public safety services at and in the NBC office building.

4.    At said time and place, Defendant Mark Baker, who was naked and enraged, attempted to enter the NBC office building by banging on the glass windows and doors. An agent, servant, and/or employee of Defendant Securitas Security negligently left his post, exited through a secure door with his security badge, and attempted to confront Defendant Mark Baker. Defendant Mark Baker attacked Defendant Securitas Security's security guard, disabled him, and stole his security badge.

With this badge, Defendant Mark Baker was able to open the secured door and enter the NBC office building.

5.   At said time and place, Plaintiff Ralph Gaudino was walking in a hallway of the NBC office building when Defendant Mark Baker, without just cause or provocation and with unnecessary, unreasonable, wanton, reckless, malicious, and intentional use of force, physically attacked Plaintiff Ralph Gaudino with the intent of inflicting severe bodily harm on the Plaintiff, and causing him severe mental distress. Plaintiff Ralph Gaudino was able to restrain Defendant Mark Baker until authorities were called and arrived to secure the scene. During the attack Defendant Mark Baker bit Plaintiff Ralph Guadino on his left arm while screaming, "I have AIDS, and I hope you die." Plaintiff later learned at the hospital that Defendant Mark Baker was in fact HIV positive, causing Plaintiff further severe emotional distress.

6.   As a direct and proximate result of the aforesaid assault and battery, Plaintiff Ralph Guadino was put in reasonable apprehension of imminent bodily injury and suffered injuries and damages, including, but not limited to: posttraumatic stress disorder, anxiety, a puncture wound, bruises, and multiple scratches; he has incurred and will continue to incur medical and hospital expenses in an effort to care for his injuries; he has suffered and will in the future

3

suffer a loss of earnings and earning capacity; and he has suffered and will in the future suffer great pain of body and mind all of which may be permanent in nature.

WHEREFORE, Plaintiff Ralph Guadino demands judgment of and against Defendant Mark Baker, in the full amount of Three Million Dollars ($3,000,000.00), in compensatory damages, and Five Million Dollars ($5,000,000.00), in punitive damages, plus pre-judgment interest and costs.

### COUNT II
(Intentional Infliction of Emotional Distress)

Plaintiff repleads and incorporates by reference herein, each and every allegation set forth above, and further states as follows:

7.   At said time and place, Defendant Mark Baker, did by extreme, outrageous, intentional, willful, malicious and/or reckless conduct, physically assault, humiliate, embarrass, shock, scar, batter, and frighten Plaintiff Ralph Guadino, as set forth above.

8.   As a direct and proximate result of the aforesaid extreme, outrageous, intentional, willful, malicious, and reckless conduct of Defendant Mark Baker, Plaintiff Ralph Guadino suffered, and will continue to suffer, inter alia, severe emotional distress, mental anguish, embarrassment, and humiliation, all of which are permanent in nature.

WHEREFORE, Plaintiff Ralph Guadino demands judgment of and against Defendant Mark Baker, in the full amount of Three Million Dollars ($3,000,000.00), in compensatory damages, and Five Million Dollars ($5,000,000.00), in punitive damages, plus pre-judgment interest and costs.

### COUNT III
(Negligence - Personal Injury)

Plaintiff repleads and incorporates by reference herein, each and every allegation set forth above, and further states as follows:

9.    At all relevant times herein, Defendant Securitas Security, acting by and through its agents, servants, and/or employees, owed a continuing duty to, inter alia, reasonably ensure that intruders and/or persons exhibiting menacing and/or unstable behavior did not obtain access to the NBC office building, reasonably ensure the safety of persons in the NBC office building; reasonably ensure that persons in the NBC office building were not subjected to physical force; and reasonably ensure that sufficient security personnel and procedures were in place to prevent foreseeable risks of harm and/or protect persons in the NBC office building from foreseeable risks of harm.

10.    Defendant Securitas Security, acting by and through its agents, servants, and/or employees, breached the duties

owed to the Plaintiff by, inter alia, allowing Plaintiff Ralph Guadino to be subjected to physical force, causing him to be attacked and bitten; failing to reasonably ensure that persons in the NBC office building were not subjected to physical force; failing to reasonably ensure that all security and/or public safety personnel remained at their security posts; failing to reasonably ensure that security posts were not left unattended; failing to ensure that a reasonable and adequate security plan was established and complied with by all personnel; failing to reasonably ensure that intruders and/or persons exhibiting menacing and/or unstable behavior were not able to obtain access to the NBC building; failing to reasonably ensure that security badges were not stolen; failing to reasonably ensure that security risks, issues, and/or incidents were addressed in a reasonable and safe manner and in a manner that did not put persons in the NBC office building at risk of harm; and failing to reasonably ensure that sufficient security personnel and procedures were in place to protect persons in the NBC office building from foreseeable risks of harm and/or prevent foreseeable risks of harm, in particular the foreseeable risk of harm posed by Defendant Mark Baker.

WHEREFORE, Plaintiff Ralph Guadino demands judgment of and against Defendant Securitas Security Services USA, Inc., in the

full amount of Three Million Dollars ($3,000,000.00), plus pre-judgment interest and costs.

## COUNT IV
(Negligent Supervision, Training, and Hiring)

Plaintiff repleads and incorporates by reference herein, each and every allegation set forth above, and further states as follows:

11.   At all relevant times herein, Defendant Securitas Security, acting by and through its agents, servants, and/or employees, owed a continuing duty to reasonably, carefully and conscientiously secure the services of qualified and well-trained agents, servants, and/or employees, and to reasonably hire, train, and supervise their agents, servants, and/or employees to, inter alia, provide and maintain a safe environment for persons in the NBC office building, and protect said persons from foreseeable risks of harm and/or prevent foreseeable risks of harm.

12.   Defendant Securitas Security, acting by and through its agents, servants, and/or employees, breached the duties owed to the Plaintiff by failing to reasonably hire, train or supervise its employees, agents, and/or servants, as set forth above.

13.   As a direct and proximate result of Defendant's aforesaid negligence, Plaintiff Ralph Guadino suffered injuries and damages, as set forth in paragraph 6, above.

WHEREFORE, Plaintiff Ralph Guadino demands judgment of and against the Defendants Securitas Security Services USA, Inc., and Mark Baker, jointly and severally, in the full amount of Three Million Dollars ($3,000,000.00), plus pre-judgment interest and costs.

Respectfully submitted,

**CHAIKIN, SHERMAN, CAMMARATA & SIEGEL, P.C.**

Joseph Cammarata, Esquire
D.C. Bar No. 389254
1232 Seventeenth Street, N.W.
Washington, D.C.  20036
Tel:  (202) 659-8600
Fax:  (202) 659-8680
joe@dc-law.net
*Attorneys for Plaintiff*

## JURY DEMAND

Plaintiff hereby requests a trial by jury as to all issues triable herein.

Joseph Cammarata



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Telephone: (202) 879-1133**

RALPH GAUDINO
_____
                                    Plaintiff

vs.                                                          Case Number _____

SECURITAS SECURITY SERVICES USA, INC.
    Serve:  National Registered Agents, Inc.            Defendant
              1090 Vermont Ave., NW, Suite 910
              Washington, DC 20005                    **SUMMONS**

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Joseph Cammarata, Esq._                              _Clerk of the Court_
Name of Plaintiff's Attorney

_1232 17th Street, N.W._                    By _____
Address                                                        Deputy Clerk
_Washington, D.C.  20036_

_(202) 659-8600_                             Date _____
Telephone
如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction       Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요      የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

    IMPORTANT:  IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

    If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
DIVISIÓN CIVIL
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Teléfono: (202) 879-1133

_____
                                  Demandante

        contra

_____          Número de Caso: _____
                                  Demandado

## CITATORIO

Al susodicho Demandado:

     Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

     A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                          *SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

                                  Por: _____
_____
Dirección                                        Subsecretario

                                  Fecha _____
_____
Teléfono

如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시오      ያስተረጉም ከፈለጉ ለማማት (202) 879-4828 ይደውሉ

    IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

    Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

                                                                    CASUM.doc

**Superior Court of the District of Columbia**
CIVIL DIVISION
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

RALPH GAUDINO
_____
                                        Plaintiff

                    vs.                                    Case Number _____

MARK BAKER
   Serve: 4400 Massachusetts Ave., NW        Defendant
      Apt. #330
      Washington, DC 20016                   **SUMMONS**

To the above named Defendant:

        You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

        You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

   Joseph Cammarata, Esq.                        _Clerk of the Court_
Name of Plaintiff's Attorney

   1232 17th Street, N.W.                    By _____
Address                                              Deputy Clerk
   Washington, D.C.  20036

   (202) 659-8600                           Date _____
Telephone
如需翻译, 请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction      Để có bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요      የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

   IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

   If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                                              CASUM.doc





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
DIVISIÓN CIVIL
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Teléfono: (202) 879-1133

_____
Demandante

contra

_____                Número de Caso: _____
Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_____                *SECRETARIO DEL TRIBUNAL*
Nombre del abogado del Demandante

                                                                                Por: _____
_____                                        Subsecretario
Dirección

                                                                                Fecha _____
_____
Teléfono

如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시오        ያማርኛ ተናጋሪ አስተርጓሚ (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc

Filed
D.C. Superior Court
01/31/2018 16:41PM
Clerk of the Court

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

INFORMATION SHEET

Ralph Gaudino

Case Number: **2018 CA 000800 B**

vs

Date: 01/22/18

Securitas Security Services USA, INC. & Mark Baker

☐ One of the defendants is being sued
in their official capacity.

| Name: *(Please Print)*<br>Joseph Cammarata | Relationship to Lawsuit |
|---|---|
| Firm Name:<br>Chaikin Sherman Cammarata, Siegel P.C. | ☐ Attorney for Plaintiff |
| | ☐ Self (Pro Se) |
| Telephone No.:        Six digit Unified Bar No.:<br>(202) 659-8600        389254 | ☐ Other: _____ |

TYPE OF CASE: ☐ Non-Jury    ☒ 6 Person Jury    ☐ 12 Person Jury
Demand: $ 3,000,000.00        Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.: _____    Judge: _____    Calendar #: _____

Case No.: _____    Judge: _____    Calendar#: _____

---

NATURE OF SUIT:    *(Check One Box Only)*

**A. CONTRACTS**                                    COLLECTION CASES

☐ 01 Breach of Contract        ☐ 07 Personal Property        ☐ 14 Under $25,000 Pltf. Grants Consent
☐ 02 Breach of Warranty        ☐ 09 Real Property-Real Estate    ☐ 16 Under $25,000 Consent Denied
☐ 06 Negotiable Instrument     ☐ 12 Specific Performance     ☐ 17 OVER $25,000
☐ 15 Special Education Fees     ☐ 13 Employment Discrimination

**B. PROPERTY TORTS**

☐ 01 Automobile                ☐ 03 Destruction of Private Property    ☐ 05 Trespass
☐ 02 Conversion                ☐ 04 Property Damage          ☐ 06 Traffic Adjudication
☐ 07 Shoplifting, D.C. Code § 27-102 (a)

**C. PERSONAL TORTS**

☐ 01 Abuse of Process          ☐ 09 Harassment              ☐ 17 Personal Injury- (Not Automobile,
☐ 02 Alienation of Affection   ☐ 10 Invasion of Privacy                Not Malpractice)
☒ 03 Assault and Battery       ☐ 11 Libel and Slander       ☐ 18 Wrongful Death (Not Malpractice)
☐ 04 Automobile- Personal Injury  ☐ 12 Malicious Interference  ☐ 19 Wrongful Eviction
☐ 05 Deceit (Misrepresentation)   ☐ 13 Malicious Prosecution   ☐ 20 Friendly Suit
☐ 06 False Accusation          ☐ 14 Malpractice Legal        ☐ 21 Asbestos
☐ 07 False Arrest              ☐ 15 Malpractice Medical (Including Wrongful Death)  ☐ 22 Toxic/Mass Torts
☐ 08 Fraud                     ☐ 16 Negligence- (Not Automobile,   ☐ 23 Tobacco
                                     Not Malpractice)            ☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE ☐    IF USED

CV-496/Jan 13

# Information Sheet, Continued

## C. OTHERS

- ☐ 01 Accounting
- ☐ 02 Att. Before Judgment
- ☐ 04 Condemnation (Emin. Domain)
- ☐ 05 Ejectment
- ☐ 07 Insurance/Subrogation
  Under $25,000 Pltf.
  Grants Consent
- ☐ 08 Quiet Title
- ☐ 09 Special Writ/Warrants
  (DC Code § 11-941)

- ☐ 10 T.R.O./ Injunction
- ☐ 11 Writ of Replevin
- ☐ 12 Enforce Mechanics Lien
- ☐ 16 Declaratory Judgment
- ☐ 17 Merit Personnel Act (OEA)
  (D.C. Code Title 1, Chapter 6)
- ☐ 18 Product Liability
- ☐ 24 Application to Confirm, Modify,
  Vacate Arbitration Award
  (DC Code § 16-4401)

- ☐ 25 Liens: Tax/Water Consent Granted
- ☐ 26 Insurance/ Subrogation
  Under $25,000 Consent Denied
- ☐ 27 Insurance/ Subrogation
  Over $25,000
- ☐ 28 Motion to Confirm Arbitration
  Award (Collection Cases Only)
- ☐ 26 Merit Personnel Act (OHR)
- ☐ 30 Liens: Tax/ Water Consent Denied
- ☐ 31 Housing Code Regulations
- ☐ 32 Qui Tam
- ☐ 33 Whistleblower

## II.

- ☐ 03 Change of Name
- ☐ 06 Foreign Judgment
- ☐ 13 Correction of Birth Certificate
- ☐ 14 Correction of Marriage
  Certificate

- ☐ 15 Libel of Information
- ☐ 19 Enter Administrative Order as
  Judgment [ D.C. Code §
  2-1802.03 (h) or 32-1519 (a)]
- ☐ 20 Master Meter (D.C. Code §
  42-3301, et seq.)

- ☐ 21 Petition for Subpoena
  [Rule 28-I (b)]
- ☐ 22 Release Mechanics Lien
- ☐ 23 Rule 27(a) (1)
  (Perpetuate Testimony)
- ☐ 24 Petition for Structured Settlement
- ☐ 25 Petition for Liquidation

_____
Attorney's Signature

January 31, 2018
_____
Date

CV-496/Jan 13

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **RALPH GAUDINO** | : |
| 3916 Yuma Street | : |
| Apartment #2 | : |
| Washington, D.C. 20016 | : |
| | : |
|     Plaintiff, | : |
| | : |
|     v. | :    Case No.: **2018 CA 000800 B** |
| | : |
| **SECURITAS SECURITY SERVICES** | : |
| **USA, INC.** | : |
| **SERVE:** | : |
| National Registered | : |
| Agents, Inc. | : |
| 1090 Vermont Avenue, N.W. | : |
| Suite 910 | : |
| Washington, D.C. 20005 | : |
| | : |
|     and | : |
| | : |
| **MARK BAKER** | : |
| 4400 Massachusetts Ave., N.W. | : |
| Apartment #330 | : |
| Washington, D.C. 20016 | : |
| | : |
|     Defendants. | : |
| | : |

## COMPLAINT

COMES NOW the Plaintiff, Ralph Gaudino, by and through his attorneys, Joseph Cammarata, Esquire, and the law firm of Chaikin, Sherman, Cammarata, & Siegel, P.C., and respectfully represents as follows:

## COUNT I

(Assault and Battery)

1.    This Court has jurisdiction over the within cause of action in that the incident complained of herein occurred in the District of Columbia.

2.    On or about February 11, 2017, at approximately 11:12 p.m., Plaintiff Ralph Gaudino was lawfully and properly present at his place of employment, the NBC office building located at 4001 Nebraska Avenue, N.W., in Washington, D.C., (hereinafter "the NBC office building").

3.    At all relevant times herein, Defendant Securitas Security Services USA, Inc., (hereinafter "Securitas Security"), acting by and through its agents, servants, or employees, provided security and public safety services at and in the NBC office building.

4.    At said time and place, Defendant Mark Baker, who was naked and enraged, attempted to enter the NBC office building by banging on the glass windows and doors. An agent, servant, and/or employee of Defendant Securitas Security negligently left his post, exited through a secure door with his security badge, and attempted to confront Defendant Mark Baker. Defendant Mark Baker attacked Defendant Securitas Security's security guard, disabled him, and stole his security badge.

With this badge, Defendant Mark Baker was able to open the secured door and enter the NBC office building.

5.   At said time and place, Plaintiff Ralph Gaudino was walking in a hallway of the NBC office building when Defendant Mark Baker, without just cause or provocation and with unnecessary, unreasonable, wanton, reckless, malicious, and intentional use of force, physically attacked Plaintiff Ralph Gaudino with the intent of inflicting severe bodily harm on the Plaintiff, and causing him severe mental distress. Plaintiff Ralph Gaudino was able to restrain Defendant Mark Baker until authorities were called and arrived to secure the scene. During the attack Defendant Mark Baker bit Plaintiff Ralph Guadino on his left arm while screaming, "I have AIDS, and I hope you die." Plaintiff later learned at the hospital that Defendant Mark Baker was in fact HIV positive, causing Plaintiff further severe emotional distress.

6.   As a direct and proximate result of the aforesaid assault and battery, Plaintiff Ralph Guadino was put in reasonable apprehension of imminent bodily injury and suffered injuries and damages, including, but not limited to: posttraumatic stress disorder, anxiety, a puncture wound, bruises, and multiple scratches; he has incurred and will continue to incur medical and hospital expenses in an effort to care for his injuries; he has suffered and will in the future

3

suffer a loss of earnings and earning capacity; and he has suffered and will in the future suffer great pain of body and mind all of which may be permanent in nature.

WHEREFORE, Plaintiff Ralph Guadino demands judgment of and against Defendant Mark Baker, in the full amount of Three Million Dollars ($3,000,000.00), in compensatory damages, and Five Million Dollars ($5,000,000.00), in punitive damages, plus pre-judgment interest and costs.

## COUNT II
### (Intentional Infliction of Emotional Distress)

Plaintiff repleads and incorporates by reference herein, each and every allegation set forth above, and further states as follows:

7.   At said time and place, Defendant Mark Baker, did by extreme, outrageous, intentional, willful, malicious and/or reckless conduct, physically assault, humiliate, embarrass, shock, scar, batter, and frighten Plaintiff Ralph Guadino, as set forth above.

8.   As a direct and proximate result of the aforesaid extreme, outrageous, intentional, willful, malicious, and reckless conduct of Defendant Mark Baker, Plaintiff Ralph Guadino suffered, and will continue to suffer, inter alia, severe emotional distress, mental anguish, embarrassment, and humiliation, all of which are permanent in nature.

WHEREFORE, Plaintiff Ralph Guadino demands judgment of and against Defendant Mark Baker, in the full amount of Three Million Dollars ($3,000,000.00), in compensatory damages, and Five Million Dollars ($5,000,000.00), in punitive damages, plus pre-judgment interest and costs.

## COUNT III
(Negligence - Personal Injury)

Plaintiff repleads and incorporates by reference herein, each and every allegation set forth above, and further states as follows:

9.   At all relevant times herein, Defendant Securitas Security, acting by and through its agents, servants, and/or employees, owed a continuing duty to, inter alia, reasonably ensure that intruders and/or persons exhibiting menacing and/or unstable behavior did not obtain access to the NBC office building, reasonably ensure the safety of persons in the NBC office building; reasonably ensure that persons in the NBC office building were not subjected to physical force; and reasonably ensure that sufficient security personnel and procedures were in place to prevent foreseeable risks of harm and/or protect persons in the NBC office building from foreseeable risks of harm.

10.   Defendant Securitas Security, acting by and through its agents, servants, and/or employees, breached the duties

owed to the Plaintiff by, _inter alia_, allowing Plaintiff Ralph Guadino to be subjected to physical force, causing him to be attacked and bitten; failing to reasonably ensure that persons in the NBC office building were not subjected to physical force; failing to reasonably ensure that all security and/or public safety personnel remained at their security posts; failing to reasonably ensure that security posts were not left unattended; failing to ensure that a reasonable and adequate security plan was established and complied with by all personnel; failing to reasonably ensure that intruders and/or persons exhibiting menacing and/or unstable behavior were not able to obtain access to the NBC building; failing to reasonably ensure that security badges were not stolen; failing to reasonably ensure that security risks, issues, and/or incidents were addressed in a reasonable and safe manner and in a manner that did not put persons in the NBC office building at risk of harm; and failing to reasonably ensure that sufficient security personnel and procedures were in place to protect persons in the NBC office building from foreseeable risks of harm and/or prevent foreseeable risks of harm, in particular the foreseeable risk of harm posed by Defendant Mark Baker.

WHEREFORE, Plaintiff Ralph Guadino demands judgment of and against Defendant Securitas Security Services USA, Inc., in the

full amount of Three Million Dollars ($3,000,000.00), plus pre-judgment interest and costs.

### COUNT IV
(Negligent Supervision, Training, and Hiring)

Plaintiff repleads and incorporates by reference herein, each and every allegation set forth above, and further states as follows:

11.  At all relevant times herein, Defendant Securitas Security, acting by and through its agents, servants, and/or employees, owed a continuing duty to reasonably, carefully and conscientiously secure the services of qualified and well-trained agents, servants, and/or employees, and to reasonably hire, train, and supervise their agents, servants, and/or employees to, inter alia, provide and maintain a safe environment for persons in the NBC office building, and protect said persons from foreseeable risks of harm and/or prevent foreseeable risks of harm.

12.  Defendant Securitas Security, acting by and through its agents, servants, and/or employees, breached the duties owed to the Plaintiff by failing to reasonably hire, train or supervise its employees, agents, and/or servants, as set forth above.

13.   As a direct and proximate result of Defendant's aforesaid negligence, Plaintiff Ralph Guadino suffered injuries and damages, as set forth in paragraph 6, above.

WHEREFORE, Plaintiff Ralph Guadino demands judgment of and against the Defendants Securitas Security Services USA, Inc., and Mark Baker, jointly and severally, in the full amount of Three Million Dollars ($3,000,000.00), plus pre-judgment interest and costs.

Respectfully submitted,

**CHAIKIN, SHERMAN, CAMMARATA**
**& SIEGEL, P.C.**

Joseph Cammarata, Esquire
D.C. Bar No. 389254
1232 Seventeenth Street, N.W.
Washington, D.C.  20036
Tel:  (202) 659-8600
Fax:  (202) 659-8680
joe@dc-law.net
*Attorneys for Plaintiff*

## JURY DEMAND

Plaintiff hereby requests a trial by jury as to all issues triable herein.

Joseph Cammarata

8



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

RALPH GAUDINO

_____
                                    Plaintiff

vs.                                                  Case Number    **2018 CA 000800 B**

SECURITAS SECURITY SERVICES USA, INC.
Serve: National Registered Agents, Inc.        Defendant
         1090 Vermont Ave., NW, Suite 910
         Washington, DC 20005                    **SUMMONS**
To the above named Defendant:

        You are hereby summoned and required to serve an Answer to the attached Complaint, either
personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive
of the day of service. If you are being sued as an officer or agency of the United States Government or the
District of Columbia Government, you have sixty (60) days after service of this summons to serve your
Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The
attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed
to the plaintiff at the address stated on this Summons.

        You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue,
N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on
Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on
the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment
by default may be entered against you for the relief demanded in the complaint.

   Joseph Cammarata, Esq.                                   _Clerk of the Court_
Name of Plaintiff's Attorney

   1232 17th Street, N.W.                     By _____
Address                                                          Deputy Clerk
   Washington, D.C.  20036

   (202) 659-8600                             Date          **02/06/2018**
Telephone
如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시오      የአማርኛ ትርጉም ከፈለጉ (202) 879-4828 ይደውሉ

   IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU
ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT
MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE
COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR
REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS
ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

   If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the
Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500
Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                                                    CASUM.doc





## TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
### DIVISIÓN CIVIL
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Teléfono: (202) 879-1133**

_____
                                  Demandante

           contra

                                  Número de Caso: _____

_____
                                  Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                        _SECRETARIO DEL TRIBUNAL_

_____
Nombre del abogado del Demandante

                                   Por: _____
_____              Subsecretario
Dirección

                                   Fecha _____
_____
Teléfono

如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시오           የትርጉም አገልግሎት ከፈለጉ (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO._

Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

                                                                    CASUM.doc

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

RALPH GAUDINO

_____
                                        Plaintiff

vs.                                              Case Number   **2018 CA 000800 B**

MARK BAKER
    Serve: 4400 Massachusetts Ave., NW         Defendant
    Apt. #330
    Washington, DC 20016                       **SUMMONS**

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated in this Summons.

    You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Joseph Cammarata, Esq.                          Clerk of the Court
_____
Name of Plaintiff's Attorney

1232 17th Street, N.W.                    By _____
_____
Address                                         Deputy Clerk
Washington, D.C.  20036
_____

(202) 659-8600                           Date        **02/06/2018**
_____
Telephone
如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시오      ያስፈልግ የተተረጎመ ለማግኘት (202) 879-4828 ይደውሉ

    IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

    If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                                    CASUM.doc





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
DIVISIÓN CIVIL
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Teléfono: (202) 879-1133

..................................................................

Demandante

contra

Número de Caso: ...........................

..................................................................

Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

.................................................................
Nombre del abogado del Demandante

Por: ........................................

.................................................................
Dirección                                              Subsecretario

.................................................................
Teléfono                                   Fecha ..................................

如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Ðể có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시오         የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea converser con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Telephone: (202) 879-1133 • Website: www.dccourts.gov**

RALPH GAUDINO

    Vs.                                      C.A. No.      2018 CA 000800 B

SECURITAS SECURITY SERVICES USA, INC. et al

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the summons, the complaint, and this Initial Order and Addendum. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in Super. Ct. Civ. R. 4(m).

(3) Within 21 days of service as described above, except as otherwise noted in Super. Ct. Civ. R. 12, each defendant must respond to the complaint by filing an answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in Super. Ct. Civ. R. 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an initial scheduling and settlement conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than seven business days before the scheduling conference date.
No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

                                         Chief Judge Robert E. Morin

Case Assigned to: Judge MICHAEL L RANKIN
Date:  February 6, 2018
Initial Conference: 10:30 am, Friday, May 11, 2018
Location:   Courtroom 517
               500 Indiana Avenue N.W.
               WASHINGTON, DC 20001

                                                                  CAIO-60

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. D.C. Code § 16-2825 Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code§ 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Actions Branch. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief   Judge   Robert   E.   Morin