IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| RALPH GAUDINO, | : |
| Plaintiff | : |
| v. | : Case Action No. 18-cv-00930-TJK |
| SECURITAS SECURITY SERVICES USA, INC., *et al.* | : |
| Defendant | : |

### REQUEST TO ISSUE SUMMONS

TO THE CLERK OF THE COURT:

Please complete the attached Summons, addressed to Defendant Mark Baker, and issue it to undersigned counsel for Plaintiff Ralph Gaudino. Defendant Baker was not served before this case was removed to this Court, and therefore Plaintiff must now serve a summons from this Court in order to establish the Court's jurisdiction over Defendant Baker.

Respectfully submitted,

CHAIKIN, SHERMAN,
  CAMMARATA & SIEGEL, P.C.

/s/ Joseph Cammarata
Joseph Cammarata
D.C. Bar #389254
1232 17th Street, N.W.
Washington, D.C. 20036
202-659-8600
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of May, 2018, the foregoing Request to Issue Summons was served via CM/ECF upon James Willard Walker, Esq.

/s/ Joseph Cammarata
Joseph Cammarata

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Ralph Gaudino <br><br> *Plaintiff(s)* <br> v. <br> Securitas Security Services USA, Inc., et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 18-cv-00930-TJK |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Mark Baker
4400 Massachusetts Avenue NW
Apartment #330
Washington, D.C. 20016

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Joseph Cammarata, Esq.
1232 17th Street NW
Washington, D.C. 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-cv-00930-TJK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc: