## United States District Court for the District of Columbia

**Plaintiff:** <u>Ralph Gaudino</u>

Vs.

**Defendant:** <u>Mark Baker</u>

**Case No.:** <u>18CV00930TJK</u>

### Affidavit of Service of Process

I, Gary J. DiPaolo of Noble Judicial Services, Inc. having a business address of 320 Buckshollow Rd., Mahopac, NY 10541. I am above the age of 21 and am not a party to this lawsuit. I served a Summons, Complaint, Interrogatories, Request for Production of Documents and Notice of Removal on <u>Mr. Richard J. Baker, Father of the defendant, whose description was confirmed by a neighbor</u> on <u>June 9, 2018 at 3:25 PM</u> at <u>57 Crosshill Rd., Mahopac, NY 10541.</u>

**Description:**
- Race: <u>Caucasian</u>
- Age: <u>50-65</u>
- Height: <u>5ft. 10 in.</u>
- Sex: <u>Male</u>
- Weight: <u>174-200 lbs</u>.
- Additional: <u>Salt/Pepper hair</u>

I do hereby swear under pain of perjury that the information is correct to my best knowledge and belief.

Sworn To BEFORE ME
THIS 12th DAY OF JUNE, 2018

_(signature)_

Gary J. DiPaolo
Noble Judicial Services, Inc.

AMANDA D'AGOSTINO
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DA6367475
Qualified in Putnam County
My Commission Expires 11-20-2021