# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**RALPH GAUDINO,**

    **Plaintiff,**

    v.                                           Civil Action No. 18-cv-00930-TJK

**SECURITAS SECURITY SERVICES USA, INC., et al.**

    **Defendants.**

## JOINT RULE 16.3 REPORT AND DISCOVERY PLAN

Pursuant to Federal Rule of Civil Procedure ("Rule") 26(f), LCvR 16.3, and this Court's Minute Order setting an Initial Scheduling Conference, plaintiff Ralph Gaudino, defendant Securitas Security Services USA, Inc., both by counsel, file the following Joint Rule 16.3 Report and Discovery Plan. Counsel for the plaintiff and defendant Securitas consulted by telephone and via email between October 2nd and October 10th 2018, regarding the topics required by Rule 26(a)(1) and LCvR 16.3, as outlined below. Defendant Baker has retained counsel but has not appeared and did not participate in discussions about the discovery plan.

**1. Dispositive Motions**

Securitas moved to dismiss Count IV of Plaintiff's Complaint and the motion has been fully briefed. The Court has not ruled on that motion. (ECF No. 7 (pages 30 - 31)). Securitas reserves the right to move for summary judgment. The parties do not see a need to stay discovery at this time.

**2. Amended Pleadings**

The parties agree that any motion to amend the pleadings should be filed no later than **November 16, 2018**. At this time, the parties do not anticipate joining additional parties, claims

or defenses but reserve the right to do so promptly if warranted by facts and circumstances learned in discovery.

**3.     Assignment to Magistrate Judge**

At this time, the parties do not consent to assignment of the case to a magistrate judge.

**4.     Possibility of Settlement**

The parties anticipate exploring settlement through direct negotiation, mediation or judicial settlement conference relatively early in discovery.

**5.     Whether Case Could Benefit from ADR**

The parties believe that the case would benefit from ADR after initial disclosures and some limited discovery of key witnesses and documents. The parties' preference is private mediation.

**6.     Dispositive Motions**

Defendants anticipate filing a motion for summary judgment after the close of discovery. The parties request that the deadline for filing any summary judgment or other dispositive motion be 30 days after the close of discovery, with a response brief due 14 days after service of the motion and a reply brief due 14 days after service of the response brief.

**7.     Initial Disclosures**

The parties agree that initial disclosures pursuant to Rule 26(a)(1) should be due on **November 16, 2018**.

**8.     Discovery**

Discovery should be completed by **June 14, 2019**, including answers to interrogatories, document production, requests for admissions, and all depositions. The parties anticipate the

need for a protective order to cover health and other personal information of the plaintiff and co-defendant Baker.

**9.     Electronically Stored Information ("ESI")**

All ESI should be produced in its native file format.  The parties do not anticipate any issues about ESI.  Expected amount of ESI is minimal.

**10.    Privilege/Protection of Trial-Preparation Materials**

At this time. the parties do not anticipate any issues regarding privilege or the protection of trial-preparation materials.

**11.    Expert Witnesses**

The parties do not request any modification of the requirements of Rule 26(a)(2). Depositions of expert witnesses, if any, should occur during the discovery period.  The parties propose that plaintiff's experts be disclosed on or before **March 1, 2019**, defense experts on or before **April 5, 2019**, and any rebuttal experts or opinions on or before **April 26**.

**12.    Class Action Issues**

This section is inapplicable because this case is not a class action.

**13.    Bifurcation**

At this time, the parties do not see a need for bifurcation in this case.

**14.    Pretrial Conference**

The parties suggest that the pretrial conference be scheduled at the court's discretion to occur after summary judgment motions have been filed and fully briefed between **August 19 and September 6, 2019** or within two weeks to three weeks after a decision on any dispositive motion, whichever occurs later.

**15.  Setting a Trial Date**

The parties request that the Court set a date certain for trial at the pretrial conference.

**16.  Other Matters**

No other matters need to be addressed in the scheduling order.

                    Respectfully submitted,

                    RALPH GAUDINO

                    /s/ Joseph Cammarata

                    Joseph Cammarata (DC Bar #389254)
                    Chaikin, Sherman, Cammarata & Siegel, P.C.
                    1232 17th Street, N.W.
                    Washington, D.C. 20036
                    Tel.:   (202) 659-8600
                    Fax:   (202) 659-8680
                    joe@dc-law.net

                    SECURITAS SECURITY SERVICES USA, INC.

                    /s/ James W. Walker

                    James W. Walker (DC Bar #495552)
                    VANDEVENTER BLACK LLP
                    901 East Byrd Street, Ste. 1600
                    Richmond, VA  23219
                    Tel.:   (804) 237-8800
                    Fax:   (804) 237-8801
                    jwalker@vanblacklaw.com