# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RALPH GAUDINO,<br><br>    *Plaintiff*,<br><br>v.<br><br>SECURITAS SECURITY SERVICES USA, INC. et al.,<br><br>    *Defendants*. | Civil Action No. 18-930 (TJK) |

## SCHEDULING ORDER

Pursuant to the status conference held today, December 17, 2018, and the parties' Joint Report submitted pursuant to Fed. R. Civ. P. 26(f) and LCvR 16.3 (ECF No. 12), the Court hereby **ORDERS** that the following schedule shall govern further proceedings:

1. The parties shall serve their Fed. R. Civ. P. 26(a)(1) initial disclosures by January 22, 2019;

2. The parties shall file any motions to join additional parties or to amend the pleadings by January 22, 2019;

3. The parties shall be bound by the default number of depositions under Fed. R. Civ. P. 30, the default duration for depositions under Fed. R. Civ. P. 30(d)(1), and the default number of interrogatories under Fed. R. Civ. P. 33;

4. Plaintiff shall serve his Fed. R. Civ. P. 26(a)(2) expert disclosures by March 1, 2019;

5. Defendants shall serve their Fed. R. Civ. P. 26(a)(2) expert disclosures by April 5, 2019;

6. All parties shall serve their Fed. R. Civ. P. 26(a)(2) rebuttal expert disclosures by April 26, 2019;

7. Discovery shall close on June 14, 2019;

8. A post-discovery status conference is scheduled for June 20, 2019, at 10:00 a.m. in Courtroom 11;

9. No discovery motions (other than motions to extend time) may be filed without leave of court.  In the event that a discovery dispute arises, the parties shall make a good faith effort to resolve or narrow the areas of disagreement.  If the parties are unable to resolve the discovery dispute, the parties shall jointly call chambers, at which time the Court will either rule on the issue or determine the manner in which it is to be handled; and

10. Parties may not extend any deadline by stipulation; instead, parties shall seek extensions by motion.  Consent motions are generally looked upon with favor by the Court.

**SO ORDERED.**

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: December 17, 2018