**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Ralph Gaudino** )<br>)<br>**v.** )<br>)<br>**Securitas Security Services, et al.,** )<br>)<br>**Defendants.** ) | **Case No. 1:18-CV-00930-TJK** |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Kristin L. McGough as counsel for Defendant Mark Baker.

Respectfully Submitted,

_____/s/_____
Kristin L. McGough, DC Bar No. 991209
400 Fifth Street, N.W.
Suite 350
Washington, DC 20001
 (202) 681-6410 (t)
(866) 904-4117 (f)
kristin@kmcgoughlaw.com