## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **Ralph Gaudino** ) | |
| ) | |
| **v.** ) | |
| ) | **Case No. 1:18-CV-00930-TJK** |
| **Securitas Security Services, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF DISMISSAL

Comes now Defendant Mark Baker, by and through undersigned counsel, and respectfully dismisses his previously filed counterclaims.

Respectfully Submitted,

_____/s/_____
Kristin L. McGough, DC Bar No. 991209
400 Fifth Street, N.W.
Suite 350
Washington, DC 20001
 (202) 681-6410 (t)
(866) 904-4117 (f)
kristin@kmcgoughlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 29th day of January 2019, I caused a copy of the foregoing to be delivered via the Court's electronic filing system to all counsel of record.

                                                   _____/s/_____
                                                   Kristin L. McGough