# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**RALPH GAUDINO,**

  **Plaintiff,**

 v.            Civil Action No. 18-cv-00930-TJK

**SECURITAS SECURITY SERVICES USA, INC., et al.**

  **Defendants.**

## JOINT MOTION TO AMEND THE SCHEDULING ORDER

Pursuant to Local Civil Rule 7, the parties, by their counsel, jointly move for entry of the attached order amending the Scheduling Order (ECF No. 19) by adding eight weeks to each remaining deadline set forth in the order. The parties represent to the court that this request is founded on the parties' belief conducting a voluntary mediation in an effort to resolve this matter before having to incur the costs of litigation is in the best interests of all parties and the inability to secure common dates for all parties and their counsel for mediation despite diligent efforts by all. As of this filing, the parties expect to participate in private mediation on either February 20 or 21, 2019. Accordingly, the parties jointly request that the Scheduling Order be amended as follows:

| TASK | CURRENT DATE | PROPOSED NEW DATE |
| --- | --- | --- |
| Plaintiff's experts disclosed | 03/01/2019 | 04/26/2019 |
| Defense experts disclosed | 04/05/2019 | 05/31/ 2019 |
| Rebuttal opinions disclosed | 04/26/2019 | 06/21/ 2019 |
| Close of discovery | 06/14/ 2019 | 08/09/ 2019 |
| Post-discovery conference | 06/20/2019 at 10 am | 08/15/2019 at 10 am |

Jointly submitted,

RALPH GAUDINO

/s/ Joseph Cammarata

Joseph Cammarata (DC Bar #389254)
Chaikin, Sherman, Cammarata & Siegel, P.C.
1232 17th Street, N.W.
Washington, D.C. 20036
Tel.:  (202) 659-8600
Fax:  (202) 659-8680
joe@dc-law.net

SECURITAS SECURITY SERVICES USA, INC.

/s/ James W. Walker

James W. Walker (DC Bar #495552)
VANDEVENTER BLACK LLP
901 East Byrd Street, Ste. 1600
Richmond, VA  23219
Tel.:  (804) 237-8800
Fax:  (804) 237-8801
jwalker@vanblacklaw.com

MARK BAKER

/s/ Kristin L. McGough

Kristin L. McGough (DC Bar. No. 991209)
LAW OFFICE OF KRISTIN L. MCGOUGH
400 Fifth Street, N.W., Suite 350
Washington, DC 20001
Tel:  (202) 681-6410
Fax:  (866) 904-4117
kristin@kmcgoughlaw.com