# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**RALPH GAUDINO,**

    **Plaintiff,**

    v.                                        Civil Action No. 18-cv-00930-TJK

**SECURITAS SECURITY SERVICES**
**USA, INC., et al.**

    **Defendants.**

## JOINT MOTION TO AMEND THE SCHEDULUING ORDER

Pursuant to Local Civil Rule 7, the parties, by their counsel, jointly move for entry of the attached order amending the current Scheduling Order (Minute Order docketed on February 5, 2019) by adding twelve weeks to each remaining deadline set forth in the order. The parties represent to the Court that the parties' have recently conducted a first a voluntary mediation that did not result in resolution. The parties believe that it is in the best interests of all parties to attempt a second dispute resolution session in the near future before having to incur the bulk of the costs of litigation. Efforts to schedule a second session are in process and expected to be completed soon. Accordingly, the parties jointly request that the Scheduling Order be amended as follows:

| TASK | CURRENT DATE | PROPOSED NEW DATE |
|---|---|---|
| Plaintiff's experts disclosed | 04/26/2019 | 07/19/2019 |
| Defense experts disclosed | 05/31/ 2019 | 08/23/2019 |
| Rebuttal opinions disclosed | 06/21/ 2019 | 09/13/2019 |
| Close of discovery | 08/09/ 2019 | 12/06/2019 |
| Post-discovery conference | 08/15/2019 at 10 am | 12/12/2019 at 10 a.m. |

Jointly submitted,

RALPH GAUDINO

/s/ Joseph Cammarata

Joseph Cammarata (DC Bar #389254)
Chaikin, Sherman, Cammarata & Siegel, P.C.
1232 17th Street, N.W.
Washington, D.C. 20036
Tel.:   (202) 659-8600
Fax:   (202) 659-8680
joe@dc-law.net

SECURITAS SECURITY SERVICES USA, INC.

/s/ James W. Walker

James W. Walker (DC Bar #495552)
VANDEVENTER BLACK LLP
901 East Byrd Street, Ste. 1600
Richmond, VA  23219
Tel.:   (804) 237-8800
Fax:   (804) 237-8801
jwalker@vanblacklaw.com

MARK BAKER

/s/ Kristin L. McGough

Kristin L. McGough (DC Bar. No. 991209)
LAW OFFICE OF KRISTIN L. MCGOUGH
400 Fifth Street, N.W., Suite 350
Washington, DC 20001
Tel:   (202) 681-6410
Fax:   (866) 904-4117
kristin@kmcgoughlaw.com