# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

RALPH GAUDINO,

    **Plaintiff,**

    v.                                      Civil Action No. 18-cv-00930-TJK

**SECURITAS SECURITY SERVICES USA, INC., et al.**

    **Defendants.**

## JOINT MOTION TO AMEND THE SCHEDULING ORDER

Pursuant to Local Civil Rule 7, the parties, by their counsel, jointly move for entry of the attached order amending the current Scheduling Order (Minute Order docketed on April 23, 2019) by adding between ten to twelve weeks to each remaining deadlines set forth in the order. The parties conducted a first voluntary, formal mediation and have engaged in direct negotiations following the mediation. These efforts have not resulted in resolution. The parties have scheduled a second round of alternative dispute resolution by employing a nonbinding, evaluative dispute resolution panel of experienced trial lawyers who maintain an active trial practice in the courts of the District. Counsel have conferred extensively regarding the desire to avoid the time, burden and expense of discovery and still explore, in a creative and effective way, a path to resolution. Counsel believe that employing trial lawyers with extensive experience trying complicated personal injury cases in this District to evaluate the merits of each party's claims and defenses and make recommendations will be more effective than facilitative mediation at this stage and that it remains in the best interests of the parties to proceed with this modified form of neutral case evaluation before having to incur the bulk of the costs of litigation. Submissions and presentation to the panel are to be completed no later than September 6, 2019

with evaluations from the panel expected within a week of in person presentations.  Accordingly, the parties jointly request that the Scheduling Order be amended as follows:

| TASK | CURRENT DATE | PROPOSED NEW DATE |
|---|---|---|
| Plaintiff's experts disclosed | 07/19/2019 | 10/18/2019 |
| Defense experts disclosed | 08/23/2019 | 11/22/2019 |
| Rebuttal opinions disclosed | 09/13/2019 | 12/13/2019 |
| Close of discovery | 12/06/2019 | 02/21/2020 |
| Post-discovery conference | 12/12/2019 at 10 a.m. | 02/27/2020 at 10 a.m. |

Submitted,

RALPH GAUDINO

/s/ Joseph Cammarata

Joseph Cammarata (DC Bar #389254)
Chaikin, Sherman, Cammarata & Siegel, P.C.
1232 17th Street, N.W.
Washington, D.C. 20036
Tel.:	(202) 659-8600
Fax:	(202) 659-8680
joe@dc-law.net

SECURITAS SECURITY SERVICES USA, INC.

/s/ James W. Walker

James W. Walker (DC Bar #495552)
VANDEVENTER BLACK LLP
901 East Byrd Street, Ste. 1600
Richmond, VA  23219
Tel.:	(804) 237-8800
Fax:	(804) 237-8801
jwalker@vanblacklaw.com

MARK BAKER

<u>/s/ Kristin L. McGough</u>
Kristin L. McGough (DC Bar. No. 991209)
Law Office of Kristin L. McGough
400 Fifth Street, N.W., Suite 350
Washington, DC 20001
Tel: (202) 681-6410
Fax: (866) 904-4117
kristin@kmcgoughlaw.com