## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**RALPH GAUDINO,**

    **Plaintiff,**

v.                                                                              Civil Action No. 18-cv-00930-TJK

**SECURITAS SECURITY SERVICES USA, INC., et al.**

    **Defendants.**

**PROPOSED ORDER REGARDING RULE 35 EXAMINATION**

Upon motion of defendant Securitas Security Services USA, Inc. ("Securitas"), the Court here by ORDERS as follows:

1. The plaintiff will submit to psychiatric ~~clinical~~ examination to be performed by Keyhill Sheorn, M.D. at 11 a.m. on April 14, 2020 at 1629 'K' Street, NW, Suite 300, Washington, DC. The exam will be concluded no later than 2:00 p.m.

2. Securitas will be responsible for all fees and costs charged by Dr. Sheorn for the examination.

3. The examination may not be recorded by any means, and no observers will be permitted in the examination room. The plaintiff's objection to this condition is noted.

4. Dr. Sheorn will issue a report in accordance with Rule 35 of the Federal Rules of Civil Procedure on or before May 13, 2020. The report must be provided to all counsel but need not be filed with the Court at that time.

5. If counsel for the plaintiff wishes to take a Rule 30 deposition of Dr. Sheorn, Securitas will produce Dr. Sheorn for her deposition in Washington, DC and will be

responsible for the witness' fees and expenses for travel to and from the deposition. Counsel for the plaintiff will be responsible for the professional fees of the witness for the time devoted to the deposition itself in the same manner as with deposition of any other expert witness.

ENTER:  /    /

_____
Judge, U.S. District Court for the District of Columbia

2/26/20

Copies provided to counsel via Pacer/ECF

6. The parties shall meet and confer regarding the nature of the examination and the specific tests to be performed by Dr. Shearn. To the extent the parties cannot agree on these matters, they shall jointly contact chambers to ~~request~~ request the Court's intervention.