## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **Ralph Gaudino**            ) | |
| ) | |
|      **v.**             ) | |
| ) | **Case No. 1:18-CV-00930-TJK** |
| **Securitas Security Services, et al.,**    ) | |
| ) | |
|      **Defendants.**       ) | |

## **JOINT STATUS REPORT**

Comes now, Defendant Mark Baker, by and through undersigned counsel, and with the consent of Plaintiff Ralph Gaudino and Defendant Securitas Security Services, respectfully submits this update on the status of the parties' Settlement Conference.

Today, December 18, 2020, the parties participated in mediation with the Honorable G. Michael Harvey and the case was settled. The parties anticipate a Stipulation of Dismissal will be filed by the end of this month.

Respectfully Submitted,

_____/s/_____
Kristin L. McGough, DC Bar No. 991209
400 Fifth Street, N.W.
Suite 350
Washington, DC 20001
 (202) 681-6410 (t)
(866) 904-4117 (f)
kristin@kmcgoughlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 18th day of December 2020, I caused a copy of the foregoing to be delivered via the Court's electronic filing system to all counsel of record.

                                                    _____/s/_____
                                                    Kristin L. McGough