# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **Ralph Gaudino** )<br>)<br>    v.          )<br>)<br>**Securitas Security Services, et al.,** )<br>)<br>    **Defendants.**  ) | **Case No. 1:18-CV-00930-TJK** |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties to this action hereby notify the Court that they have settled this case, and stipulate to its dismissal with prejudice, with each party to bear its own costs, attorney fees, and expenses.

Respectfully Submitted,

_____/s/_____
Joseph Cammarata, DC Bar No. 389254
Chaikin, Sherman, Cammarata & Siegel, P.C.
1232 17th Street, N.W.
Washington, DC 20036
(202) 659-8600
(202) 659-8680
joe@dc-law.net
*Counsel for Plaintiff Ralph Gaudino*

_____/s/_____
James Walker, DC Bar No. 495552
O'Hagan Meyer
411 East Franklin Street
Suite 500
Richmond, VA 23219
804-403-7100
804-403-7110
jwalker@ohaganmeyer.com
*Counsel for Defendant Securitas Security Services*

_____/s/_____
Kristin L. McGough, DC Bar No. 991209
Law Office of Kristin L. McGough
400 Fifth Street, N.W.
Suite 350
Washington, DC 20001
(202) 681-6410 (t)
(866) 904-4117 (f)
kristin@kmcgoughlaw.com
*Counsel for Defendant Mark Baker*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of December 2020, I caused a copy of the foregoing to be delivered via the Court's electronic filing system to all counsel of record.

                                                                             /s/  
                                                          Kristin L. McGough